**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAMUEL DYWAYNE WILLIAMS,**       :<br>                                                                 :<br>          **Petitioner**                          :<br>                                                                 :    **CIVIL NO. 3:CV-09-2479**<br>     **v.**                                                  :<br>                                                                 :    **(Judge Caputo)**<br>**JEROME WALSH, et al.,**                :<br>                                                                 :<br>          **Respondents**                     : | |

**O R D E R**

**AND NOW, THIS 23rd DAY OF JUNE, 2014**, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the memorandum issued on this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c).

                                                                              **/s/ A. Richard Caputo**
                                                                              **A. RICHARD CAPUTO**
                                                                              **United States District Judge**